Ricardo J. Prieto (to be admitted *Pro Hac Vice*)
rprieto@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Melinda Arbuckle (Cal. Bar No. 302723)
marbuckle@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Counsel for Plaintiffs and Proposed Class and Collective Action Members*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Shawn Schwartzenberger, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Guardian Portfolio Services, Inc.,<br><br>Defendant. | **Case No.: 1:21-CV-00867-DAD-BAM**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Magistrate Judge: Hon. Barbara McAuliffe<br>Date:       n/a<br>Time:       n/a<br>Courtroom: 8 |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Shawn Schwartzenberger ("Plaintiff" or "Schwartzenberger") files this Notice of Voluntary Dismissal with Prejudice with respect to his individual claims against Defendant. Defendant has not yet filed an answer or motion for summary judgment, and consequently this dismissal without prejudice is self-effectuating. No order is required and the Clerk of Court may close the case. *See Commercial Space Mgmt Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) ("[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it.").

Dated: February 9, 2022

Respectfully submitted,

By:     s/Melinda Arbuckle
        Melinda Arbuckle

**SHELLIST | LAZARZ | SLOBIN LLP**
Ricardo J. Prieto (to be admitted *Pro Hac Vice*)
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Melinda Arbuckle (Cal. Bar No. 302723)
marbuckle@eeoc.net
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Counsel for Plaintiffs and Proposed Class and Collective Action Members*